5 So.2d 850

**Henry MALONE v. STATE.**

2 Div. 700.

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

4 So.2d 924

**Robert MALONE v. STATE.**

8 Div. 193.

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

4 So.2d 924

**Robert MALONE v. STATE.**

8 Div. 194.

Court of Appeals of Alabama.
Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

4 So.2d 924

**Robert MALONE v. STATE.**

8 Div. 195.

Court of Appeals of Alabama.
Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

11 So.2d 171

**Mrs. P. R. MANNING v. Ben W. WHITE (Ft. Payne Implement Co.)**

7 Div. 673.

Court of Appeals of Alabama.
Nov. 24, 1942.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

1 So.2d 925

**Floyd MANSELL v. STATE.**

8 Div. 126.

Court of Appeals of Alabama.
March 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.